Utter, J. Pro Tem., concurred in by Cole and Schumacher, JJ. Pro Tem.

[No. 16334-5-I. Division One. July 28, 1986.]

THE STATE OF WASHINGTON, *Respondent*, v. LAWRENCE EUGENE LONG, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 84-1-03686-5, Arthur E. Piehler, J., entered April 14, 1985. *Dismissed* by unpublished per curiam opinion.

[No. 14567-3-I. Division One. July 28, 1986.]

KEVIN R. HUGGETT, *Appellant*, v. VALLEYLAB, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 82-2-06295-2, Lloyd W. Bever, J., entered March 8, 1984. *Affirmed* by unpublished opinion per Utter, J. Pro Tem., concurred in by Cole and Schumacher, JJ. Pro Tem.

[No. 14953-9-I. Division One. July 28, 1986.]

ELIENE H. WILLIAMS, *Appellant*, v. PACIFIC WOOD PRODUCTS COMPANY, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 84-2-03252-9, Frank J. Eberharter, J., entered May 31, 1984. *Affirmed* by unpublished opinion per Utter, J. Pro Tem., concurred in by Cole and Schumacher, JJ. Pro Tem.

[No. 15078-2-I. Division One. July 28, 1986.]

GENE GOOSMAN, ET AL, *Appellants*, v. CHRISTOPHER I. BRAIN, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King

County, No. 82–2–00928–8, Frank D. Howard, J., entered July 9, 1984. *Affirmed* by unpublished opinion per Utter, J. Pro Tem., concurred in by Cole and Schumacher, JJ. Pro Tem.